ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

CLARE CONNORS    #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:    Clare.Connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR08 00566 |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | 26 U.S.C. § 7203 |
| | ) | |
| MICHAEL ROSENTHAL, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges that:

During the calendar year 2000, in the District of
Hawaii, defendant MICHAEL ROSENTHAL, a former resident of
Honolulu, Hawaii, had received sufficient gross income that he
was required by law, following the close of the calender year
2000, and on or before October 15, 2001, to file an income tax

return with the Internal Revenue Service within the Judicial District of Hawaii, or to the Internal Revenue Service Center, at Fresno, California, or other proper officer of the United States Government, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant MICHAEL ROSENTHAL did willfully fail to make an income tax return to the Internal Revenue Service, to the Internal Revenue Service Center, or to any other proper officer of the United States Government.

All in violation of Title 26, United States Code, Section 7203.

DATED: _____SEP 1 7_____, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


RONALD G. JOHNSON
Chief, Major Crimes


CLARE CONNORS
Assistant U.S. Attorney

2